# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6


FILED
CLERK, U.S. DISTRICT COURT
MAR 8, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Javahn L. Johnson, Monique B. Johnson,

    Plaintiffs,

v.

Quality Loan Service Corporation, et al.,

    Defendants.

LACV 18-09140-VAP (JEMx)

**JUDGMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Order Granting Defendants' Motion to Dismiss the First Amended Complaint, IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 3/8/19

Virginia A. Phillips
Chief United States District Judge

1